UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

HECTOR MEZA,
    a/k/a "Miguel Pizzaro,"

               Defendant.

- - - - - - - - - - - - - - - - x

INDICTMENT

07 Cr. ____

**07 CRIM. 824**

JUDGE SWAIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 30 2007

COUNT ONE

The Grand Jury charges:

From in or about July 2007, through in or about August 2007, in the Southern District of New York and elsewhere, HECTOR MEZA, a/k/a "Miguel Pizzaro," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been deported from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about October 16, 2001, in New York Supreme Court, New York County, for criminal sale of a controlled substance in the third degree in violation of New York State Penal Law Section 220.16, and without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

    (Title 8, United States Code, Sections 1326(a) and (b)(2).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

HECTOR MEZA,
a/k/a "Miguel Pizzaro,"

Defendant.

INDICTMENT

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.